# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRADY LOUIS FORTNER

NO. 2025 KW 0865

**SEPTEMBER 3, 2025**

---

In Re: Brady Louis Fortner, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2673-F-2025.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT